Kara A. Sagi, AZ SBN 032250
Assistant Federal Public Defender
Email: kara_sagi@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00213-MO-2 |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| JENNIFER McCONNON, | |
| Defendant. | |

  Defendant Jennifer McConnon, through her attorney, Kara A. Sagi, submits this Sentencing Memorandum in anticipation of her upcoming change of plea and sentencing hearing on January 21, 2025. Ms. McConnon will plead guilty to Count 1 of the Indictment which charges her with engaging in a Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 841(b)(2), and 846, in the above-referenced cause number. Ms. McConnon respectfully asks this Court to sentence her to period of time served and three years of supervised release.

Dated: January 15, 2025.

                      */s/ Kara A. Sagi*
                      Kara A. Sagi, AZ SBN 032250

Page 1  Sentencing Memorandum